**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
Social Security Administration
6401 Security Blvd.
Baltimore, Md. 21235

Civil Action, File Number __CA-07-1833 JDB__

__Linza H. Ford__
V.
__Social Security Administration__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You **MUST COMPLETE** the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ___ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return... days, you (or the party on whose behalf you ...complaint in any other manner permitted by law.

...behalf you are being served) must answer the ...nt by default will be taken against you for the

...pt of Summons and Complaint By Mail was

MS Official

COMPLAINT
...mplaint in the above captioned manner at

...nd Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature

Form USM-299
(Rev. 6/95)

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   S S Adm

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  SOCIAL SECURITY ADMINISTRATION  ☐ Agent
   BALTIMORE, MARYLAND 21235        ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

   OCT 1 5 2007

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
   7007 0710 0004 6579 1286

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

10-15-07   BP   07-1833