**U.S. Department of Justice**
United States Marshals Service

## NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
District of __Columbia__

TO:
U. S. Attorney General
950 Pa. Ave., NW
Washington, DC 20530

Civil Action, File Number __CA-07-1833-JDB__

__Linza H. Ford__
V.
__Social Security Administration__

The enclosed summons and complaint are served pursuant to the Federal Rules of Civil Procedure.

You MUST COMPLETE the acknowledgment part of this form below, AND RETURN COPIES 1 AND 2 to the sender within ____ days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

07-1833   10-12-07   BB

S. If you are served on behalf of a corporation, your signature your relationship to that entity. If ust indicate under your signature your authority.

____ days, you (or the party on whose behalf you omplaint in any other manner permitted by law.

se behalf you are being served) must answer the nent by default will be taken against you for the

ceipt of Summons and Complaint By Mail was

(USMS Official)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S, Atty General

2. Article Number (Transfer from service label)
7007 0710 0004 6579 1293

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
OCT 1 6 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

ID COMPLAINT
he complaint in the above captioned manner at

Street Number and Street Name or P.O. Box No.

City, State and Zip Code

Signature

Relationship to Entity/Authority to Receive

Service of Process

Date of Signature            Form USM-299
                             (Rev. 6/95)

Copy 4 - USMS District Suspense