UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINZA H. FORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1833 JDB |

CONSENT MOTION FOR EXTENSION
OF TIME TO ANSWER

Pursuant to Fed. R. Civ. P. 6(b)(1), defendant hereby moves for an extension of time to December 14, 2007, to answer the complaint. Plaintiff has consented to this motion. It is anticipated that the issues raised in the complaint will be resolved by that date, and it is hoped that the case can then be dismissed without prejudice.

Attached is a draft order reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney
          /s/
FRED E. HAYNES, D.C. Bar #165654
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4110
Washington, D.C.  20530
202. 514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LINZA H. FORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOCIAL SECURITY ADMINISTRATION, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1833 JDB |

ORDER

UPON CONSIDERATION of defendant's consent motion for an extension of time, it is by the Court this ___ day of _____, 2007, hereby

ORDERED that defendants' shall have to and including December 14, 2007, to file its answer in this case.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff
and defendants' counsel

CERTIFICATE OF SERVICE

I certify I caused a copy of the foregoing consent motion for an extension of time to answer the complaint to be served on plaintiff by first-class mail, postage prepaid, at the following address:

>Mr. Linza H. Ford
>121 Argonne Street
>Corning, New York 14830

on this 30th day of November, 2007.

>/s/
>FRED E. HAYNES, D.C. Bar #165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>202.514.7201