**RECEIVED**

DEC 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Priority Mail

December 5, 2007

121 Argonne Street
Corning, New York 14830
607 936-2604

Honorable Nancy Mayer-Whittington
Clerk
United States District Court
For the District of Columbia
   U. S. Courthouse
333 Constitutional Avenue N.W.
Washington, D.C. 20001

Re: Linza Ford v Social Security Administration
   Civil Action 07-1833 JDB

   Notice of voluntary dismissal

Dear Clerk Mayer-Whittington:

Pursuant to rule 41 (a)(1)(i) of the Federal Rules of Civil Procedure I hereby request that this matter be dismiss without prejudice.

Please note for the record that a copy this letter has been provided to the defense counsel, Fred E. Hayes Assistant United States Attorney at 555 Fourth Street, N.W. Room E-4110, Washington D.C. 20530 by regular mail.

Respectfully,

Linza H Ford

C: Fred E. Haynes